229 So.2d 115

**Louis BARTHELEMY, Sr. and Joseph Duchane**

v.

**PHOENIX INSURANCE COMPANY et al.**

No. 50204.

Dec. 19, 1969.

In re: Elvira Ethel Duchane, wife of Samuel Ker, and Sarah Butler Duchane applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 226 So.2d 603.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.